CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RLM

SEP 02 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DERRYMORE CAMPBELL, | ) | Civil Action No. 7:11-cv-00409 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNKNOWN, | ) | By: Hon. Jackson L. Kiser |
|     Defendant. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED**, the action is **DISMISSED without prejudice**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 2nd day of September, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge