CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJh

SEP 02 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DERRYMORE CAMPBELL,<br>　　Plaintiff, | )<br>)<br>) | Civil Action No. 7:11-cv-00409 |
| v. | )<br>) | **ORDER** |
| UNKNOWN,<br>　　Defendant. | )<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED**, the action is **DISMISSED without prejudice**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 2nd day of September, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge